STATE OF CONNECTICUT *v.* EUGENE A. BRYANT

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 717 (AC 29064), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Rocco A. Chiarenza,* special deputy assistant state's attorney, in opposition.

Decided February 5, 2009

LYNN LOPA *v.* BRINKER INTERNATIONAL, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 821 (AC 29324), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the United States Postal Service is not an employer under the Connecticut Workers' Compensation Act?"

The Supreme Court docket number is SC 18303.

*Matthew E. Dodd,* in support of the petition.

Decided February 5, 2009

STANFORD SUTTON *v.* MINERVA LACHIRA

The defendant's petition for certification for appeal from the Appellate Court (AC 29449), is denied.

*Minerva Lachira,* pro se, in support of the petition.

Decided February 5, 2009